794 A.2d 358

James DUFFY, Respondent,

v.

COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.

Supreme Court of Pennsylvania.

April 16, 2002.

182

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of April, 2002, the Petition for Allowance of Appeal is granted, limited to the issue of whether fraud committed by a private attorney constitutes a basis for granting a petition to appeal an operating privilege suspension *nunc pro tunc* in a court of common pleas.